IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
STEVEN WAYNE BONILLA,
          Plaintiff,                No. C 12-0627 CW (PR)
     v.
                                    JUDGMENT
FLOY E. DAWSON,
          Defendant.
_____/
```

Pursuant to the Court's Order of today's date dismissing the instant action pursuant to 28 U.S.C. § 1915A, a judgment of DISMISSAL without prejudice is hereby entered.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: 8/7/2012

*[signature]*
CLAUDIA WILKEN
United States District Judge