IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEVEN WAYNE BONILLA,
      Plaintiff,

  v.

FLOY E. DAWSON,
      Defendant.
_____/

No. C 12-0627 CW (PR)

JUDGMENT

    Pursuant to the Court's Order of today's date dismissing the instant action pursuant to 28 U.S.C. § 1915A, a judgment of DISMISSAL without prejudice is hereby entered.

    The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 8/7/2012

                        CLAUDIA WILKEN
                        United States District Judge

**United States District Court**
**For the Northern District of California**